UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
JESSIE J. BARNES

                                  Plaintiff,

      **-v.-**

                              Civil Action No.
                            9:13-cv-164 (GLS/RFT)

BRIAN FISCHER *et al.*

                                Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                           OF COUNSEL:

**FOR THE PLAINTIFF:**

JESSIE J. BARNES
*Pro Se*
09-B-2707
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, New York 12953

HON. ERIC T. SCHNEIDERMAN      MELISSA A. LATINO, ESQ.
Attorney General of the              Assistant Attorney General
  State of New York
The Capitol
Albany, New York 12224

GARY L. SHARPE,
CHIEF JUDGE

## ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Randolph F. Treece, duly filed

September 22, 2014. Following fourteen days from the service thereof, the

Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed September 22, 2014 (Dkt. No. 185) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that Defendants' Partial Motion to Dismiss (Dkt. No. 94) is DENIED; and it is further

ORDERED that the Clerk provide a copy of this Order upon the parties in accordance with the local rules.

IT IS SO ORDERED.

Dated: October 15, 2014
        Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court